UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASPER CORTEZ MOTLEY, SR.,

                  Plaintiff,

         -against-

JAKYRA KAYTRICE MOTLEY ESTATE,
ET AL.,

                Defendants.

23-CV-11064

CIVIL JUDGMENT

For the reasons stated in the March 7, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 7, 2024
            New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
             Chief United States District Judge